Emanuel D. Zola, Esq. (SBN 207404)
ZOLA, WEGMAN & ASSOCIATES
A PROFESSIONAL CORPORATION
6235 Van Nuys Blvd.
Van Nuys, CA 91401
Tel: (818) 782-9529
Fax: (310) 861-1627
Email: zola@zolawegman.com

Attorney for Plaintiff,
DARNELL RILEY PEREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DARNELL RILEY PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TMZ PRODUCTION, INC., a California corporation; TMZ.com, a fictional entity of unknown form; EHM PRODUCTIONS, INC., a California corporation; WARNER BROS ENTERTAINMENT, INC., a Delaware corporation; and DOES 1- 10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-CV-09278-PSG-GJS<br><br>The Honorable Judge Philip S. Gutierrez<br><br>ORDER ON<br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: December 15, 2016 |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties that have appeared in this action that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed *with prejudice* in its entirety, with all parties to bear their own costs, expenses and attorney's fees.

The parties have settled this action pursuant to a Settlement Agreement ("Agreement") and request that this court retain jurisdiction over the parties to enforce the terms of the Agreement.

DATED: 5-10-17

Plaintiff Darnell Riley Perez

DATED: 5-10-17

Defendants EHM Productions Inc., sued in its own capacity and erroneously sued as "TMZ Production, Inc." and "TMZ.com," and Warner Bros. Entertainment Inc.

By: Katherine Chilton

Its: Authorized Agent

DATED: 5/10/17

ZOLA, WEGMAN & ASSOCIATES APC

By _____EZ_____
EMANUEL ZOLA
Attorneys for Plaintiff Darnell Riley Perez

DATED: 5·10·17

BOIES SCHILLER FLEXNER LLP

By _____Linda M. Burrow_____
LINDA M. BURROW
Attorneys for Defendants EHM Productions Inc., sued in its own capacity and erroneously sued as "TMZ Production, Inc." and "TMZ.com," and Warner Bros. Entertainment Inc.

**IT IS SO ORDERED.**

_____[signature]_____

**U.S. DISTRICT JUDGE**

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

3

# SERVICE LIST
## DARNELL RILEY PEREZ v. TMZ PRODUCTION INC., ET AL.
### United States District Court, Central District of California
### Case No.: 2:16-cv-09278-PSG (GJSx)

STATE OF CALIFORNIA,

COUNTY OF LOS ANGELES

On this date, May 11, 2017 I served the foregoing document described as: STIPULATION FOR DISMISSAL WITH PREJUDICE on interested parties in this action as follows:

| | |
|---|---|
| Ms. Kimberly M. Singer, Esq<br>Ms. Linda M. Burrow, Esq<br>CALDWELL LESLIE & PROCTOR, PC<br>725 South Figueroa Street, 31st Floor<br>Los Angeles, California 90017-5524<br>Telephone: (213) 629-9040<br>Facsimile: (213) 629-9022<br>Email: burrow@caldwell-leslie.com<br>Email: singer@caldwell-leslie.com | Attorneys for Defendants:<br>EHM PRODUCTIONS INC., sued in its own capacity and erroneously sued as "TMZ PRODUCTION, INC." and "TMZ.com," and WARNER BROS. ENTERTAINMENT INC. |

_X_ [BY MAIL] I deposited such envelope in the mail at Van Nuys, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing Correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Van Nuys, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

____ [BY FACSIMILE] I transmitted a copy of this document(s) to the parties indicated above or on the attached service list, at the facsimile number(s) appearing following their name(s) and addressee(s).

_X_ [BY EMAIL] I transmitted a copy of this document(s) to the parties indicated above or on the attached service list, at the email addresse(es) appearing following their name(s) and addressee(s).

____ [BY PERSONAL SERVICE] I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s) as indicated above or on an attached service list.

_X_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 11, 2017, Van Nuys, California.

GUILLERMO VELIZ